UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>780 SUFFOLK CIR,<br>RENO, NV 89506 | Case No. 3:24-mj-31-CSD<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Search Warrant dated on May 1, 2024, and accompanying Applications, Affidavits, Sealing Motions, and Sealing Orders in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this 3rd day of October, 2024.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE